NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH B. LAVARRE, DOC #540547,    )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-1602
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed March 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward,
Judge.

Kenneth B. LaVarre, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.